UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENDY CAROLINA CANALES HUETE,  :
                Plaintiff,  :
                                                    :          21 Civ. 10767 (LGS)
          -against-  :
                                                    :           ORDER
PRESIDENT CONTAINER GROUP II, LLC, et  :
al.,  :
                Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS this case was referred to Magistrate Judge Barbara Moses on January 14, 2022, for general pretrial (Dkt. No. 7). It is hereby

      **ORDERED** that the Order of Reference at Dkt. No. 7 is VACATED.

Dated: April 13, 2022
      New York, New York

                                                                    LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE