UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENDY CAROLINA CANALES HUETE,
                                  Plaintiff,

-against-

PRESIDENT CONTAINER GROUP II, LLC,
                                  Defendants.
------------------------------------------------------------X

21 Civ. 10767 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 19, 2022, required the parties to file a status letter on July 24, 2022, as outlined in Individual Rule IV.A.2;

    WHEREAS, the parties failed to submit the letter.  It is hereby

    **ORDERED** that, by **July 28, 2022**, the parties shall file the status letter.

Dated: July 26, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE